No. 87–40. ALLSTATE INSURANCE CO. *v.* HAWKINS ET UX., *ante*, p. 874. Petition for rehearing denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 87–5409. MARTIN *v.* PENNSYLVANIA STATE REAL ESTATE COMMISSION ET AL., *ante*, p. 908. Petition for rehearing denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.